**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**PIERRE'S RESORT, LC,
THE DORCHESTER, LLC,**
        **Plaintiffs,**

**-vs-**                                            **Case No. 6:08-cv-294-Orl-18DAB**

**INTERSTATE MANAGEMENT
COMPANY, LLC, f/k/a Meristar
Management Company, LLC,**
        **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on review of Defendant's Response to this Court's Order to Show Cause why the case should not be remanded for lack of jurisdiction (Doc. Nos. 31, 33). As set forth in the Order to Show Cause, it did not appear to the Court that diversity was apparent and no other basis of subject matter jurisdiction was pled. In the response, Defendants acknowledge that the action was improvidently removed and that a remand to state court is appropriate. Defendant asks the Court not to impose any costs or expenses as a result of the improvident removal, and to date, Plaintiff has filed no objection to this request. The removal was not contested, and the Court finds it likely that, as Defendant contends, all of the discovery and related work performed by the parties would have been necessary, regardless of the forum. Upon review of all of the circumstances, it is **respectfully recommended** that the action be **REMANDED** to state court, without the taxation of any incident expenses or costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 5, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy